# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

147013(30)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GREGORY WINES,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 147013
COA: 312441
Kent CC: 93-064278-FC

On order of the Court, the motion for reconsideration of this Court's December 30, 2014 order is considered, and it is GRANTED. We VACATE our order dated December 30, 2014. On reconsideration, it appearing to this Court that the case of *Montgomery v Louisiana*, cert gtd ___ US ___; ___ S Ct ___; ___ L Ed 2d ___ (2015), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015


Clerk

p0420